# EXHIBIT 1

| **Subject:** | Re: Hexin Holding Limited v. The Partnerships, et al.; Case No. 1:26-cv-1121 |
|---|---|
| **Date:** | Tuesday, April 28, 2026 at 4:24:19 PM Pacific Daylight Time |
| **From:** | Zoey Huang |
| **To:** | Zoey Huang |
| **CC:** | Faye Deng |
| **BCC:** | zjs001211@163.com, IDOYENLINGERIE@GMAIL.COM, 441675743@qq.com, jiangmengjuan@langqincorset.com, micohpkle@outlook.com, lishirong1120@outlook.com, mengnuot213@outlook.com, 350437890@qq.com, 543557235@qq.com, Fitri841@163.com, pbm6333@163.com, moribayedsweezy3958@hotmail.com, 1655057981@qq.com, chubbinsnyc@outlook.com, b08@ibmcgroup.net, xieyuling118@outlook.com, 2550312133@qq.com, sumercell93686@outlook.com, 2607585446@qq.com, holyoprah5742@outlook.com, xplinshiyouxiang@163.com, lbw06139@163.com, biojarry@gmail.com, soulfitapparel70x7@gmail.com, rduoduo9@163.com, 578309322@qq.com, 1946744084@qq.com, 1947001341@qq.com, tk_202501@163.com, gb19900718@outlook.com, 19532028589@163.com, 1074265189@qq.com, xieyuling120@outlook.com, v3rtexsol@gmail.com, wanglei220130@outlook.com |
| **Attachments:** | Court Dockets.zip |

Following up on the previous email, please find attached copies of the court files.

Regards,
Zoey

**Zoey Huang**, YK Law LLP
213-401-0970 (1010)

---

**From:** Zoey Huang <zhuang@yklaw.us>
**Date:** Tuesday, April 28, 2026 at 3:58 PM
**To:** Zoey Huang <zhuang@yklaw.us>
**Cc:** Faye Deng <fdeng@yklaw.us>
**Subject:** Hexin Holding Limited v. The Partnerships, et al.; Case No. 1:26-cv-1121

We represent **Hexin Holding Limited** in copyright anti-infringing matters. Plaintiff has charged you in the Complaint with violations related to copyright infringement laws.

A copy of the Complaint, Summons, Court Order, and other court files is available at < https://yklawusinternetenforcement1121.wordpress.com/ >, which will be updated regularly throughout these proceedings. You are advised to seek U.S. legal counsel.

If you believe that you have been improperly linked to this case or received this email in error, promptly contact us at fdeng@yklaw.us so that we can further investigate your claim. In order to investigate your claim, you must provide us with the e-mail address associated with the PayPal, eBay, DHgate, Wish.com, Walmart, Amazon, SHEIN, Etsy, and/or Alipay account and/or domain name that was suspended, and a list of all email addresses associated with that account. In addition, please provide us with your store name and the URL.

Regards,
Zoey

**Subject:**    Re: Hexin Holding Limited v. The Partnerships, et al.; Case No. 1:26-cv-1121
**Date:**      Tuesday, April 28, 2026 at 4:25:23 PM Pacific Daylight Time
**From:**      Zoey Huang
**To:**        Zoey Huang
**CC:**        Faye Deng
**BCC:**       nayaya306@outlook.com, gongyoucheng2018@gmail.com, isolina@shapewow.com, 15113082212@163.com, jinyan771@qq.com, jerzarrejin02@outlook.com, 1521243034@qq.com, 13433821261@163.com, a362256093@163.com, tinatonerskin@gmail.com, cccu02@scceo.com, coziicozii143143@outlook.com, fs66686@163.com, 872641691@qq.com, hh343383398@outlook.com, 18784584067@163.com, sdeeewq12@outlook.com, 18781376941@163.com, 13541924424@163.com, kellychen85@foxmail.com, 180135806@qq.com, 362256093@qq.com, mkbk091807@outlook.com, 827932133@qq.com, mkbk091805@outlook.com, mkbk091803@outlook.com, 54704509@qq.com, inglisreinap@hotmail.com, 18784569443@163.com, 371494868@qq.com, qiang4812829@163.com, 984001222@qq.com, yvarsusulor@outlook.com, soniafedo105@gmail.com, zhenghao882@163.com
**Attachments:** Court Dockets.zip

Following up on the previous email, please find attached copies of the court files.

Regards,
Zoey


**Zoey Huang**, YK Law LLP
213-401-0970 (1010)

---

**From:** Zoey Huang <zhuang@yklaw.us>
**Date:** Tuesday, April 28, 2026 at 3:58 PM
**To:** Zoey Huang <zhuang@yklaw.us>
**Cc:** Faye Deng <fdeng@yklaw.us>
**Subject:** Hexin Holding Limited v. The Partnerships, et al.; Case No. 1:26-cv-1121

We represent **Hexin Holding Limited** in copyright anti-infringing matters. Plaintiff has charged you in the Complaint with violations related to copyright infringement laws.

A copy of the Complaint, Summons, Court Order, and other court files is available at < https://yklawusinternetenforcement1121.wordpress.com/ >, which will be updated regularly throughout these proceedings. You are advised to seek U.S. legal counsel.

If you believe that you have been improperly linked to this case or received this email in error, promptly contact us at fdeng@yklaw.us so that we can further investigate your claim. In order to investigate your claim, you must provide us with the e-mail address associated with the PayPal, eBay, DHgate, Wish.com, Walmart, Amazon, SHEIN, Etsy, and/or Alipay account and/or domain name that was suspended, and a list of all email addresses associated with that account. In addition, please provide us with your store name and the URL.

Regards,

| | |
|---|---|
| **Subject:** | Re: Hexin Holding Limited v. The Partnerships, et al.; Case No. 1:26-cv-1121 |
| **Date:** | Tuesday, April 28, 2026 at 4:26:09 PM Pacific Daylight Time |
| **From:** | Zoey Huang |
| **To:** | Zoey Huang |
| **CC:** | Faye Deng |
| **BCC:** | yaoshuai0325@outlook.com, super20170714@163.com, w15950206961@163.com, lbw06140@163.com, baodanleba@163.com, niezihao22@163.com, h5eautyz8yd8@163.com, 280173770@qq.com, 573757303@qq.com, 1433636810@qq.com, 178543224@qq.com, georgegee20005@gmail.com, zbydfu566@gmail.com, felixhabitatshop@gmail.com, celenfy@gmail.com, 249791392@qq.com, 13921554158@163.com, 2690756416@qq.com, 17331014944@163.com, 15726328222@139.com, yang666us@163.com, 18952998061@163.com, info@atosecurves.com, gqjn7515@hotmail.com, 13659260781@163.com, a269675950312@163.com, 460493641@qq.com, 173191010@qq.com, marcellahzg440@gmail.com, ha7789h@163.com, kikimink_official@126.com, dhshanye@126.com, alex@qqyoga.com |
| **Attachments:** | Court Dockets.zip |

Following up on the previous email, please find attached copies of the court files.

Regards,
Zoey

**Zoey Huang**, YK Law LLP
213-401-0970 (1010)

---

**From:** Zoey Huang <zhuang@yklaw.us>
**Date:** Tuesday, April 28, 2026 at 3:58 PM
**To:** Zoey Huang <zhuang@yklaw.us>
**Cc:** Faye Deng <fdeng@yklaw.us>
**Subject:** Hexin Holding Limited v. The Partnerships, et al.; Case No. 1:26-cv-1121

We represent **Hexin Holding Limited** in copyright anti-infringing matters. Plaintiff has charged you in the Complaint with violations related to copyright infringement laws.

A copy of the Complaint, Summons, Court Order, and other court files is available at < https://yklawusinternetenforcement1121.wordpress.com/ >, which will be updated regularly throughout these proceedings. You are advised to seek U.S. legal counsel.

If you believe that you have been improperly linked to this case or received this email in error, promptly contact us at fdeng@yklaw.us so that we can further investigate your claim. In order to investigate your claim, you must provide us with the e-mail address associated with the PayPal, eBay, DHgate, Wish.com, Walmart, Amazon, SHEIN, Etsy, and/or Alipay account and/or domain name that was suspended, and a list of all email addresses associated with that account. In addition, please provide us with your store name and the URL.

Regards,

**DEFENDANT EMAIL ADDRESSES**

| No | seller name | Email address |
|---|---|---|
| 1 | Bestfeeling Local | zjs001211@163.com |
| 2 | Cool Suits | IDOYENLINGERIE@GMAIL.COM |
| 3 | SLIMLINE | 441675743@qq.com |
| 4 | lovethin | jiangmengjuan@langqincorset.com |
| 5 | RGAINON | micohpkle@outlook.com |
| 6 | JMKK | lishirong1120@outlook.com |
| 7 | nawaru shop | mengnuot213@outlook.com |
| 8 | Quality Faith Mall | 350437890@qq.com |
| 9 | Woaitme | 543557235@qq.com |
| 10 | LifePick | Fitri841@163.com |
| 11 | ONE Warm | pbm6333@163.com |
| 12 | Sandra665 | moribayedsweezy3958@hotmail.com |
| 13 | .Cocoa Shop | 1655057981@qq.com |
| 14 | Glory. Selection | chubbinsnyc@outlook.com |
| 15 | HELE SHAPERS | b08@ibmcgroup.net |
| 16 | Jewelry Mall Conversion | xieyuling118@outlook.com |
| 17 | Efay Clothing | 2550312133@qq.com |
| 18 | Sumercell8 | sumercell93686@outlook.com |
| 19 | piaoliangnz | 2607585446@qq.com |
| 20 | nycysmyxgs | holyoprah5742@outlook.com |
| 21 | yanpingyangde shop0125 | xplinshiyouxiang@163.com |
| 22 | WWsda524 | lbw06139@163.com |
| 23 | Weony | biojarry@gmail.com |
| 24 | SoulFit Apparel | soulfitapparel70x7@gmail.com |
| 25 | Xinxia Promotion Art Museum in Dawu County | rduoduo9@163.com |
| 26 | WEQWE6565 | 578309322@qq.com |

| 27 | Credit shop1 | 1946744084@qq.com |
|----|--------------|-------------------|
| 28 | PP Sports&Outdoor | 1947001341@qq.com |
| 29 | Western Charming Lady | tk_202501@163.com |
| 30 | Tony's Wear Shop | gb19900718@outlook.com |
| 31 | Grace women's cloth | 19532028589@163.com |
| 32 | Yangyang Sports&Outdoor | 1074265189@qq.com |
| 33 | Boutique fashion store thank you | xieyuling120@outlook.com |
| 34 | Vertex-SOL | v3rtexsol@gmail.com |
| 35 | ultra - outdoor | wanglei220130@outlook.com |
| 36 | Na Yaya | nayaya306@outlook.com |
| 37 | TIANFUC | gongyoucheng2018@gmail.com |
| 38 | ShapeWOW | isolina@shapewow.com |
| 39 | VelvetThreats | 15113082212@163.com |
| 40 | Reliable outdoor store | jinyan771@qq.com |
| 41 | The Appointment in Zurich | jerzarrejin02@outlook.com |
| 42 | Elegance Women Cloth | 1521243034@qq.com |
| 43 | guangzhousongruishop | 13433821261@163.com |
| 44 | linghuihuishop | a362256093@163.com |
| 45 | Tina toner skin | tinatonerskin@gmail.com |
| 46 | Huaxing Shop. | cccu02@scceo.com |
| 47 | SkiMoods | coziicozii143143@outlook.com |
| 48 | Light luxury women's wear | fs66686@163.com |
| 49 | Feng's Secret Garden | 872641691@qq.com |
| 50 | tinaHEM | hh343383398@outlook.com |
| 51 | Super girl Women's clothing store | 18784584067@163.com |
| 52 | MyticPuls | sdeeewq12@outlook.com |
| 53 | Coca's Women's Clothing Store | 18781376941@163.com |
| 54 | Dream Closet | 13541924424@163.com |
| 55 | Boutique Vogue | kellychen85@foxmail.com |

| 56 | Goblini | 180135806@qq.com |
| 57 | lingwei shop | 362256093@qq.com |
| 58 | mkbk-007 | mkbk091807@outlook.com |
| 59 | EFSDF22512 | 827932133@qq.com |
| 60 | mkbk-05 | mkbk091805@outlook.com |
| 61 | mkbk-3 | mkbk091803@outlook.com |
| 62 | HoneyBloom Wardrobe | 54704509@qq.com |
| 63 | Graceful Glance | inglisreinap@hotmail.com |
| 64 | Coco's Women's Clothing Store | 18784569443@163.com |
| 65 | Recommended products | 371494868@qq.com |
| 66 | Fashion of Trends | qiang4812829@163.com |
| 67 | KASDHAKJ | 984001222@qq.com |
| 68 | JoyEaseLife | yvarsusulor@outlook.com |
| 69 | SPARK US | soniafedo105@gmail.com |
| 70 | Helen Outdoor Products Store | zhenghao882@163.com |
| 71 | FASHION SPORT SHOP | yaoshuai0325@outlook.com |
| 72 | Super Interesting Sport | super20170714@163.com |
| 73 | Tuochi Letter shop | w15950206961@163.com |
| 74 | D1S5G1DF32U1JR6 | lbw06140@163.com |
| 75 | Your upscale private clothing store | baodanleba@163.com |
| 76 | ZY1.SHOP | niezihao22@163.com |
| 77 | Sinaier Car Store | h5eautyz8yd8@163.com |
| 78 | fggs32623 | 280173770@qq.com |
| 79 | beauty grils 007 | 573757303@qq.com |
| 80 | Fish Fly FY | 1433636810@qq.com |
| 81 | MingYu women's clothing | 178543224@qq.com |
| 82 | Himilara | georgegee20005@gmail.com |
| 83 | Himilara.LLC | zbydfu566@gmail.com |

| 84 | Felix Habitat LLC | felixhabitatshop@gmail.com |
|---|---|---|
| 85 | celén's | celenfy@gmail.com |
| 86 | Fearlesscc | 249791392@qq.com |
| 87 | Mids chu | 13921554158@163.com |
| 88 | XUsport | 2690756416@qq.com |
| 89 | Shengyue business | 17331014944@163.com |
| 90 | Love beauty, love beauty | 15726328222@139.com |
| 91 | Youth LIFE | yang666us@163.com |
| 92 | Outdoor Qi | 18952998061@163.com |
| 93 | Atose Curves LLC | info@atosecurves.com |
| 94 | SQUSIMEIPET | gqjn7515@hotmail.com |
| 95 | Hubei shaoqi Skirt Department Store | 13659260781@163.com |
| 96 | Bellezza | a269675950312@163.com |
| 97 | laimiwoman | 460493641@qq.com |
| 98 | pengsleysshop | 173191010@qq.com |
| 99 | ToP Things for WOMEN | marcellahzg440@gmail.com |
| 100 | Happ shop 8 | ha7789h@163.com |
| 101 | KIKIMINK | kikimink_official@126.com |
| 102 | shanye03 | dhshanye@126.com |
| 103 | Yiwu Chunwei Clothing Co., Ltd. | yang666us@163.com |